# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY VILLAR | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO.  14-2558 |
| v. | : | |
| | : | |
| PHILADELPHIA UNIVERSITY, *et al.* | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW,** this 29th day of October 2014, upon consideration of Defendant Jane Doe's

*motion to dismiss Plaintiff's amended complaint under Federal Rule of Civil Procedure 12(b)(6)*

*for failure to state a claim upon which relief can be granted*, [ECF 13], Plaintiff's response in

opposition thereto, [ECF 16], the reply, [ECF 21], and the sur-reply, [ECF 22], it is hereby

**ORDERED** that the motion to dismiss is **DENIED**. Further, Defendant is directed to file an

answer to Plaintiff's amended complaint within fourteen (14) days of the entry of this Order.

**BY THE COURT:**

NITZA I. QUIÑONES ALEJANDRO, J.