# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY VILLAR** *Plaintiff* | : : : | **CIVIL ACTION** NO. 14-2558 |
| v. | : : : | |
| **PHILADELPHIA UNIVERSITY,** *et al.* *Defendants* | : : | |

# O R D E R

**AND NOW,** this 29th day of October 2014, upon consideration of Defendant Philadelphia University's *motion to dismiss Plaintiff's claims against it for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6)*, [ECF 14], Plaintiff's response in opposition thereto, [ECF 20], and the reply, [ECF 24], it is hereby **ORDERED** that the motion to dismiss is **DENIED**. Further, Defendant is directed to file an answer to Plaintiff's amended complaint within fourteen (14) days of the entry of this Order.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.