IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY VILLAR | : | |
|     Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 2:14-cv-02558-NIQA |
| PHILADELPHIA UNIVERSITY | : | |
|     and | : | |
| JANE DOE | : | |
|     Defendants | : | |

RECEIVED OCT 5 2015
JUDGE NITZA I. QUIÑONES ALEJANDRO
Room 4000

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANT PHILADELPHIA UNIVERSITY

AND NOW, this 5th day of October 2015, it is hereby stipulated and agreed by and between William Spade, Esquire, attorney for Plaintiff, Anthony Villar, and Joshua W.B. Richards, Esquire, attorney for Defendant Philadelphia University, that Plaintiff's claims against Philadelphia University, as set forth in Plaintiff's Amended Complaint, are hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This Stipulation may be executed in counterparts.

Law Offices of William Spade

BY: _____
WILLIAM SPADE, ESQUIRE,
Attorney for Plaintiff,
Anthony Villar

SAUL EWING LLP

BY: _____
JOSHUA W.B. RICHARDS, ESQUIRE,
Attorney for Defendant,
Philadelphia University

APPROVED BY THE COURT: Oct 6, 2015

_____
NITZA I. QUIÑONES ALEJANDRO, J.